FILED 13 SEP '11 07:57 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

ROBERT C. CARTER II and BECKY )
L. CARTER, husband and wife, )
)
            Plaintiffs, )
) Civil No. 11-6043-TC
        v. )
) ORDER
RECONSTRUCT COMPANY, N.A.: BAC )
HOME LOANS SERVICING, L.P., a )
limited partnership, aka Bank )
of American Home Loans; )
MORTGAGE ELECTRONIC REGISTRA- )
TION SYSTEMS, INC., a )
corporation, )
)
            Defendants. )
                                          )

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on August 3, 2011. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my

1    - ORDER

obligation to give the factual findings <u>de novo</u> review. <u>Lorin Corp. v. Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (9th Cir. 1982). <u>See also</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles <u>de novo</u>, I find no error.

Accordingly, I ADOPT Judge Coffins Findings and Recommendation. This action is dismissed for failure to prosecute.

DATED this 12th day of Sep., 2011.

_____
United States District Judge

2  - ORDER