FILED 13 SEP '11 07:57 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

| | |
|---|---|
| ROBERT C. CARTER II and BECKY L. CARTER, husband and wife,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RECONSTRUCT COMPANY, N.A.: BAC HOME LOANS SERVICING, L.P., a limited partnership, aka Bank of American Home Loans; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a corporation,<br><br>　　　　Defendants. | Civil No. 11-6043-TC<br><br>ORDER |

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on August 3, 2011. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my

1　- ORDER

obligation to give the factual findings <u>de novo</u> review. <u>Lorin Corp. v. Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (9th Cir. 1982). <u>See also</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles <u>de novo</u>, I find no error.

Accordingly, I ADOPT Judge Coffins Findings and Recommendation. This action is dismissed for failure to prosecute.

DATED this 12th day of Sep., 2011.

_____
Michael S. Hogan
United States District Judge

2    - ORDER